79,354-02,03

Randall Bolivar # 1719379
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

June 1, 2015

Texas Court of Criminal Appeals
Abel Acosta, Clerk of the Court
P.O. Box 12308, Capitol Station
Austin, Texas 78711

via Certified Mail No.

7014 0510 0001 2015 1655

RE:Documents for filing with the Court

REF: WR-79,354-03

Dear Mr. Acosta,

RECEIVED IN
COURT OF CRIMINAL APPEALS

   Enclosed for filing with the Court, please find my REALTOR'S MOTION TO

CONSOLIDATE CUSE NOS. WR-79,354-02 AND WR-79,354-03; AND ADOPT THE FILING JUN 10 2015

FROM THE SAME, in accordance with your normal procedures.

   Thank you for your time and efforts. God Bless You!

Abel Acosta, Clerk

Respectfully Submitted,

*Randall Bolivar*

cc:
   Chief Staff Attorney, 13TH COA
   Cameron County D.A.'s Office
   State Prosecuting Attorney

IN THE TEXAS

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

| | |
|---|---|
| RANDALL BOLIVAR,<br>    Realtor | §<br>§  Relief Sought From:<br>§  COA NO. 13-14-00157-CR |
| vs. | §  COA NO. 13-11-00397-CR<br>§ |
| THIRTEENTH COURT OF APPEALS,<br>    Respondent | §  Tr. Ct. No. 09-CR-2869-A<br>§ |

---

REALTOR'S MOTION TO CONSOLIDATE CAUSE NOS. WR-79,354-02 AND WR-79,354-03; AND

ADOPT THE FILINGS FROM THE SAME

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now Randall Bolivar, Realtor pro se, and respectfully moves the Court to consolidate the causes of action and their filings in cause numbers WR-79, 354-02 and WR-79,354-03, filed in this honorable court. In support of this request, Realtor respectfully shows the Court as follows:

FACTS:

1. On September 15, 2014 Realtor filed his Motion For Leave and Petition For Issue of Writ of Mandamus in this Court.

2. On October 8, 2014 the Court "denied without written order motion for leave to file the original application for writ of mandamus."

3. On November 18, 2014 the Court, "Pursuant to Rule 79.2(d)" dismissed the Motion for Reconsideration/Rehearing.

4. Matters raised in the filings made by Realtor in WR-79,354-02 were based on Respondent's abuse of discretion as it related to COLLATERAL ESTOPPEL, and the ministerial duty to act under well-established law.

5. On May 13, 2015 Realtor filed a subsequent petition requesting relief from denial of Respondent's ministerial duty to act on a matter related to the pro se access to the appellate record.

ARGUMENT:

Realtor argues that this honorable Court may have mistakenly dismissed his Motion for Reconsideration/Rehearing pursuant to a rule that is inapplicable to the filings of extraordinary matters. RULE 52, TRAP. Because RULE 79.2(d), TRAP, does not apply to the facts and circumstances in this case, Realtor is entitled to have his petition reviewed, and the merits addressed, by this Court.

Furthermore, Realtor argues that it is in the interests of judicial economy and the fair and proper administration of justice that the matter be addressed

by this Court before Realtor will be forced to raise this matter to the Federal Courts. It is, of course, also in the interest of commity.

Additionally, Realtor argues that the judicial determination in the first proceeding is in CONFLICT WHICH DESTROYS THE VERDICT of the second proceeding.

Realtor further argues that the Respondent's latest action is in CONFLICT OF OPINION with the rulings of this Court as set-out in AMADOR V. STATE, 221 SW3d 666 (CCA 2007) and KELLY V. STATE, 436 SW3d 313 (CCA 2014).

Realtor has no remedy at law, and mandamus is proper. Even if, "[i]n some cases, a remedy at law may technically exist; however, it may nevertheless be so uncertain, tedious, burdensome, slow, inconvienient, inappropriate, or ineffective as to be deemed inadequate." SMITH V. FLACK, 728 SW2d 784, 792 (CCA 1987). See also GREENWALL V. COURT OF APPEALS 13TH JUD. DIST. 159 SW3d 645, 648-49 (CCA 2005); IN RE SUSAN REED, 2014 Tex. App. Lexis 10893.

Because any further proceedings would be deemed inadequate relief, it is just and proper for this Honorable Court to consolidate the two causes of action, and adopt the filings from WR-79,354-02 into this case.

PRAYER FOR RELIEF

Wherefore, premises considered, Realtor prays this Honorable Court will grant the motion and CONSOLIDATE CAUSE NOS. WR-79,354-02 and WR-79,354-03; and ADOPT the filings in the same.

Respectfully Submitted,

Randall Bolivar, Pro Se Realtor
Ellis Unit, TDCJ # 1719379
1697 FM 980
Huntsville, Texas 77343

VERIFICATION

STATE OF TEXAS          §
                        §
COUNTY OF WALKER        §

I, Randall Bolivar, being presently incarcerated at the Ellis Unit, located in Walker County, Texas, declare under penalty of perjury, without the United States, that the facts stated herewith are true, correct and complete pursuant to Title 28 USC 1746 (1).

Executed on June 1, 2015.

Randall Bolivar, Affiant

## CERTIFICATE OF SERVICE

I, Maria S. Rey, certify that a true and correct copy of the above and foregoing documents were served on opposing counsel for the State at:

Cameron County District Attorney's Office

964 E. Harrison St.

Brownsville, Texas 78520

Chief Staff Attorney
13TH Court of Appeals
901 Leopard St., 10th Floor
Corpus Christi, Texas 78401

Service upon counsel was made by fax, First Class Mail, or hand-delivery.

SIGNED AND SERVED ON THIS 8 DAY OF June, 2015.

_____
Maria S. Rey